AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| District of Columbia, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-00119 |
| U.S. Dep't of Agriculture, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York

Date:    01/21/2020

*Attorney's signature*

Eric Haren (D.C. Bar No. 985189)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10005

*Address*

eric.haren@ag.ny.gov
*E-mail address*

(212) 416-8804
*Telephone number*

*FAX number*