**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-00119-BAH |

**DEFENDANTS' NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Liam C. Holland of the United States Department of Justice, Civil Division as counsel for Defendants in the above-captioned case.

Dated:  January 22, 2020               Respectfully submitted,

                                       JOSEPH H. HUNT
                                       Assistant Attorney General

                                       ERIC R. WOMACK
                                       Assistant Branch Director

                                       */s/ Liam C. Holland*
                                       LIAM C. HOLLAND (NY Bar No. 5580378)
                                       Trial Attorney
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       P.O. Box No. 883
                                       Ben Franklin Station
                                       Washington, D.C. 20044
                                       Tel.: (202) 514-4964
                                       Fax: (202) 616-8470
                                       Email: Liam.C.Holland@usdoj.gov

                                       *Attorneys for Defendants*