UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and CITY OF NEW YORK,<br><br>    Plaintiffs,<br><br> v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; GEORGE ERVIN PERDUE III, in his official capacity as Secretary of the U.S. Department of Agriculture, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Civ. Action No. 1:20-cv-00119-BAH |

**NOTICE OF JOINT PROPOSED SCHEDULE AND POSITIONS REGARDING CONSOLIDATION**

  Counsel for the parties in this case have conferred and propose the following schedule for the remaining briefing, and the oral argument, concerning Plaintiffs' Motion for Preliminary Injunction:

  Defendants' Opposition:  February 5, 2020

  Plaintiffs' Reply:  February 19, 2020

Oral Argument: March 10, 11 or 12, 2020

In addition, Plaintiffs do not object to consolidation of this case with Civil Action No. 1:20-cv-127 on the condition that they are permitted to file separate briefs, and present separate oral argument than the Plaintiffs in that other action. Plaintiffs respectfully submit that such separate briefing is warranted because their arguments and interests are different than those of Plaintiffs in Civil Action No. 1:20-cv-127. Defendants have no objection to consolidation on the conditions proposed by Plaintiffs.

Respectfully Submitted,

| | |
|---|---|
| JOSEPH H. HUNT | KARL A. RACINE |
| Assistant Attorney General | Attorney General for the District of Columbia |
| ERIC R. WOMACK | |
| Assistant Branch Director | */s/ Kathleen Konopka* |
| | Kathleen Konopka (D.C. Bar No. 495257) |
| */s/ Chetan A. Patil* | Deputy Attorney General |
| CHETAN A. PATIL (DC 999948) | |
| LIAM HOLLAND | Jennifer Rimm (D.C. Bar No. 1019209) |
| Trial Attorneys | Vikram Swaruup |
| United States Department of Justice | Nicole Hill (D.C. Bar No. 888324938) |
| Civil Division, Federal Programs Branch | David Brunfeld (D.C. Bar No. 1672059) |
| P.O. Box No. 883 | Assistant Attorneys General |
| Ben Franklin Station | |
| Washington, D.C. 20044 | 441 Fourth Street, N.W., Suite 650-S |
| Tel.: (202) 305-4968 | Washington, D.C. 20001 |
| Fax: (202 616-8470 | (202) 742-6610 (Phone) |
| Email: chetan.patil@usdoj.gov | (202) 741-0444 (Fax) |
| | kathleen.konopka@dc.gov |
| *Attorneys for Defendants* | jennifer.rimm@dc.gov |
| | vikram.swaruup@dc.gov |
| | nicole.hill@dc.gov |
| | |
| | *Attorneys for the District of Columbia* |
| | |
| | LETITIA JAMES |
| | Attorney General State of New York |
| | |
| | */s/ Eric R. Haren* |
| | Eric R. Haren (D.C. Bar No. 985189) |
| | Special Counsel |

                Matthew Colangelo (D.C. Bar No. 997893)
                Chief Counsel for Federal Initiatives

                28 Liberty Street
                New York, NY 10005
                Phone: 212-416-8804
                Eric.Haren@ag.ny.gov

                *Attorneys for the State of New York*