# UNITED STATES DISTRICT COURT
for the
District of Colorado

DISTRICT OF COLUMBIA, et al., )
*Plaintiff* )
v. ) Case No. 1:20-cv-00119-BAH
DEPARTMENT OF AGRICULTURE, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commonwealth of Virginia

Date: Jan. 27, 2020

*Attorney's signature*

Jessica Merry Samuels, DC No. 1552258
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia  23219
*Address*

jsamuels@oag.state.va.us
*E-mail address*

(804) 786-6835
*Telephone number*

(804) 371-0200
*FAX number*