## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-00119-BAH |
| BREAD FOR THE CITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-00127-BAH |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants United States Department of Agriculture, George E. Perdue, III, and the United States of America, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's March 13, 2020 Order and Memorandum Opinions, *see* ECF Nos. 50 and 51, filed on Lead Docket No. 1:20-cv-00119.

Dated:  May 12, 2020          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK

Assistant Branch Director

*/s/ Chetan A. Patil*
CHETAN A. PATIL (DC 999948)
LIAM C. HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-4968
Fax: (202) 616-8470
Email: chetan.patil@usdoj.gov

*Attorneys for Defendants*