**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA, STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and CITY OF NEW YORK,<br><br>   Plaintiffs,<br><br> v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; GEORGE ERVIN PERDUE III, in his official capacity as Secretary of the U.S. Department of Agriculture, and UNITED STATES OF AMERICA,<br><br>   Defendants. | Civ. Action No. 1:20-cv-00119-BAH |

**DECLARATION OF JOSHUA RIVERA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Joshua Rivera, declare and state as follows:

  1. I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

1

2. I am the Economic Stability Administration (ESA) Policy Director for the Michigan Department of Health and Human Services (MDHHS). I have worked on behalf of low-income households throughout my career. Prior to my position as ESA Policy Director, I served as the Senior Data and Policy Advisor at Poverty Solutions at the University of Michigan. I also serve as a resource to the MDHHS director and his administration regarding improving public assistance programs for MDHHS clients and Michigan residents in need.

3. I am aware that the federal government in December 2019 issued a final rule "Supplemental Nutrition Assistance Program: Requirements for Able-Bodied Adults Without Dependents" 84 Fed. Reg. 66,782 (Dec. 5, 2019) (the "Final Rule"). I have reviewed the Final Rule and am aware of its direct implications on the administration of the Supplemental Nutrition Assistance Program (SNAP), formerly known as the Food Stamp Program, within Michigan. I understand that this lawsuit challenges the Final Rule.

4. After State Plaintiffs filed their motion for preliminary injunction, the novel coronavirus that causes the disease known as COVID-19 began spreading throughout Michigan. The Governor of Michigan, Gretchen Whitmer, responded to the economic and public health crisis by declaring a state of emergency throughout the entire state on March 10, 2020 (Executive Order 2020-04). That order has been extended to remain in effect through July 16. Michigan has had more than 66,798 cases and 6,061 deaths due to the virus.

5. The coronavirus (COVID-19) pandemic is causing significant economic harm in Michigan. To mitigate the spread of the coronavirus, many businesses were forced to close their doors. As a result of the economic fallout, many Michigan residents lost their jobs. According to the U.S. Bureau of Labor Statistics, unemployment increased this year from 3.8 percent in January to 22.7 percent in April, an increase of 497 percent. As a result, applications for unemployment are at record highs, with nearly 1.05 million claims being filed in April alone. In Detroit, Michigan's most populous city, about half of Detroiters report that they are more likely than not to run out of money in three months due to the COVID-19 crisis. The economic harm caused by COVID-19 is likely to be protracted as employers resort to permanent layoffs. In fact, the Upjohn Institute reports that 30 percent of Michigan's workforce does not expect to be recalled to their job.

6. Many of those experiencing increased financial hardship began relying on SNAP benefits in order to keep food on the table. For Michigan's residents receiving food assistance through the Supplemental Nutrition Assistance Program (SNAP), current conditions make it extremely difficult to find work and earn an income. The situation in Michigan is uniquely dire, given that the state's unemployment rate of 22.7 percent is higher than every state in the nation, except Nevada.

7. In recent months, applications for SNAP increased substantially. From February through June 2020, MDHHS received 335,612 SNAP applications. The current SNAP caseload has increased from 628,909 cases (1,175,901 individuals) in February 2020 to 811,099 cases (1,528,379 individuals) as of this report. By comparison, during the same period in 2019, the number of SNAP cases decreased by 19,097. Moreover, households applying to SNAP are coming in facing extreme economic insecurity, with MDHHS seeing an over 50 percent increase in the number of applicants reporting no income.

8. The current unemployment rate qualifies Michigan for extended benefits under the Unemployment Insurance program. This change allows Michigan to receive a statewide waiver from time limits facing able-bodied adults without dependents (ABAWDs) on SNAP. States are eligible for a waiver using this criterion when unemployment rises rapidly. The United States Department of Agriculture, Food and Nutrition Services (USDA FNS) routinely approved these types of waivers during the Great Recession. Were the Rule to go into effect, however, Michigan could not apply for waivers of the ABAWD work requirements based on this criterion. Given the current economic recession, requiring SNAP recipients that are ABAWDs to meet work requirements sets those recipients up for failure. If Michigan does not have the flexibility to apply for waivers of the ABAWD work requirements, SNAP recipients within the state will be in a precarious economic position as it is immensely more difficult now to find and maintain work than it has been in recent memory due to historic levels of unemployment.

I declare under penalty of perjury that the forgoing is true and correct and of my own personal knowledge.

Executed on June __19__, 2020 in Lansing, Michigan.

*Joshua Rivera*
Joshua Rivera
Economic Stability Administration Policy Director
Michigan Department of Health & Human Services