# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, et al., ) <br> ) <br> *Defendants.* ) | C.A. No. 1:20-cv 00119-BAH |
| BREAD FOR THE CITY, et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE et al., ) <br> ) <br> *Defendants.* ) | C.A. No. 1:20-cv-00127-BAH |

## [PROPOSED] ORDER

Upon consideration of State Plaintiffs' Motion for Summary Judgment, the Memorandum and Declarations in support thereof, any opposition, any reply thereto, and any oral argument, the Final Rule, *see Supplemental Nutrition Assistance Program: Requirements for Able-Bodied Adults Without Dependents*, 84 Fed. Reg. 66782 (Dec. 5, 2019); and the full record herein, it is hereby:

ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED; and it is further

ORDERED that judgment is hereby entered to Plaintiffs as to all claims asserted in the above-captioned action; and it is further

ORDERED that pursuant to the Order, the Rule: *Supplemental Nutrition Assistance*

*Program: Requirements for Able-Bodied Adults Without Dependents*, 84 Fed. Reg. 66782 (Dec. 5, 2019) is hereby vacated.

DATED: _____, 2020

_____
BERYL A. HOWELL
Chief Judge