UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>      Defendants. | Civil Action No. 1:20-cv-00119-BAH |
| BREAD FOR THE CITY, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>      Defendants. | Civil Action No. 1:20-cv-00127-BAH |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motions for Summary Judgment, Defendants' Cross-Motion for Summary Judgment, the opposition and replies thereto, and the administrative record, it is HEREBY ORDERED that Plaintiffs' motions are DENIED and Defendants' motion is GRANTED.

SO ORDERED this ___ day of _____, 2020

                                                                                           _____
                                                                                           Honorable Beryl A. Howell
                                                                                           Chief United States District Judge