UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, et al<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al<br><br>*Defendants*.<br><br>BREAD FOR THE CITY,<br>DAMON SMITH,<br>and GENEVA TANN,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>*Defendants*. | Consolidated Civil Action No. 1:20-cv-00119-BAH |

**APPLICATION FOR AWARD OF ATTORNEYS' FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT**

Geneva Tann and Damon Smith, through their undersigned counsel, apply to this Court for an award of attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A). Ms. Tann and Mr. Smith request these fees for the time spent litigating the civil action filed in this Court challenging the final decision of the United States Department of

1

Agriculture unlawfully restricting supplemental nutritional assistance to able bodied adults without dependents ("ABAWDs").

Pursuant to Local Civil Rule 7(m), Mr. Smith and Ms. Tann conferred with government counsel regarding this application on April 9, 2021. Defendants oppose Mr. Smith's and Ms. Tann's fee application.

In support of their application, Mr. Smith and Ms. Tann submit that:

1. Plaintiffs Mr. Smith and Ms. Tann are the prevailing parties because the Court entered final judgment in their favor. *See District of Columbia v. U.S. Dep't Agric.*, No. 20-cv-00119-BAH, 2020 U.S. Dist. LEXIS 192508 (D.D.C. Oct. 18, 2020). The D.C. Circuit granted Defendants' voluntary motion to dismiss their appeal of the final judgment. *District of Columbia v. U.S. Dep't Agric.*, No. 20-5371, Doc. No. 1891054.

2. This application is timely. Under 28 U.S.C. § 2412(d)(1)(B), a party has thirty days after final judgment in the action to submit a fee application. In this context, a judgment is considered final when any appeal is complete. *See id.* § (d)(2)(G). The Government filed a timely appeal. The D.C. Circuit granted the Government's motion for voluntary dismissal of its appeal, and issued the mandate, on March 23, 2021. *District of Columbia v. U.S. Dep't Agric.*, No. 20-5371, Doc. No. 1891054-2. The deadline to apply for attorneys' fees under EAJA is April 22, 2021, which is 30 days later. *See* 28 U.S.C. § 2412(d)(1)(B), (2)(G). This Application therefore is timely.

3. Mr. Smith is eligible for a fee award because his net worth did not exceed $2 million at the time this action was filed. *See* Smith Declaration; *see also* 28 U.S.C. § 2412(d)(2)(B). Mr. Smith's Declaration filed in support of his Motion for a Preliminary Injunction also establishes

2

that fact. *See Bread for the City et al. v. U.S. Dep't Agric.*, No. 1:20-cv-00127-BAH (D.D.C), Doc. 4–4.

4. Ms. Tann is eligible for a fee award because her net worth did not exceed $2 million at the time this action was filed. *See* Tann Declaration; *see also* 28 U.S.C. § 2412(d)(2)(B). Ms. Tann's Declaration in support of her Motion for a Preliminary Injunction also establishes that fact. *See Bread for the City et al. v. U.S. Dep't Agric.*, No. 1:20-cv-00127-BAH (D.D.C), Doc. 4–5.

5. The position of the United States was not substantially justified for the reasons set forth in the Memorandum in Support of Application for Award of Attorneys' Fees, at pages 5–7.

6. The total fee award sought is $144,692 for 1,040.7 hours at the rate of $207.50 per hour for the year 2019 and $208.75 per hour for the year 2020. This hourly rate reflects the statutory rate of $125 per hour as adjusted by the yearly increase in the Consumer Price Index. *See* 28 U.S.C. § 2412(d)(2)(A); *Haselwander v. McHugh*, 797 F.3d 1, 3 (D.C. Cir. 2015); Memorandum in Support of Application for Award of Attorneys' Fees at page 9. This number was also adjusted to reflect that only Ms. Tann and Mr. Smith (and not Bread for the City—a third Plaintiff represented by undersigned counsel) are seeking fees in connection with this fee petition.

7. The hours for which Mr. Smith and Ms. Tann seek fees are itemized in Attachment 2 to Exhibit A and Attachment 2 to Exhibit B to the accompanying Memorandum, which explains that attorneys for Mr. Smith and Ms. Tann spent a reasonable amount of time litigating this action. In addition, counsel have exercised significant billing judgment in itemizing the hours for which fees are sought. Although many more hours were reasonably expended on this litigation, Mr. Smith and Ms. Tann seek fees for only a subset of these hours. *See* Memorandum in Support of Application for Award of Attorneys' Fees at pages 7–9.

Accordingly, Mr. Smith and Ms. Tann request that this Court award attorneys' fees under EAJA in the amount of $144,692.

Dated: April 21, 2021

                                           Respectfully Submitted,

| /s/ *Chinh Q. Le* | /s/ *Daniel G. Jarcho* |
|---|---|
| Chinh Q. Le (D.C. Bar #1007037) | Daniel G. Jarcho (D.C. Bar #391837) |
| Jennifer F. Mezey (D.C. Bar #462724) | Kelley C. Barnaby (D.C. Bar #998757) |
| Nicole Dooley (D.C. Bar #1601371)" | Jean E. Richmann* |
| LEGAL AID SOCIETY OF THE | ALSTON & BIRD LLP |
| DISTRICT OF COLUMBIA | 950 F Street, N.W. |
| 1331 H Street, N.W., #350 | Washington, DC 20004 |
| Washington, DC 20005 | Phone: (202) 239-3300 |
| Phone: (202) 628-1161 | Fax: (202) 239-3333 |
| Fax: (202) 727-2132 | |

*Attorneys for Plaintiffs Damon Smith and Geneva Tann*

\* Practicing pursuant to LCvR 83.2(g).